**In re: James Lamont RICHARDSON,**

**James Lamont Richardson, Petitioner,**

v.

**United States District Court for the Eastern District of California, Respondent,**

**United States of America, Real Party in Interest.**

No. 05–76136.

United States Court of Appeals, Ninth Circuit.

Submitted April 7, 2006.

Decided May 24, 2006.

James Lamont Richardson, USPV–U.S. Penitentiary, Adelanto, CA, for Petitioner.

Before: SCHROEDER, Chief Judge, and TROTT, Circuit Judge, and RHOADES,* District Judge.

MEMORANDUM **

Petitioner has filed a petition for writ of mandamus pursuant to 28 U.S.C. § 1651(a) seeking an order (1) directing the United States to provide petitioner with a certified copy of his complete trial transcript and various discovery materials, and (2) declaring that the time limit for the filing of his § 2255 habeas petition has been equitably tolled. During the pendency of this appellate proceeding, the district court entered an order granting petitioner the requested relief. Accordingly, the petition for writ of mandamus is moot.

THE PETITION FOR WRIT OF MANDAMUS IS DENIED AS MOOT.

---

* The Honorable John S. Rhoades, Sr., Senior United States District Judge for the Southern District of California, sitting by designation.

NO PETITIONS FOR REHEARING WILL BE ACCEPTED. THE MANDATE SHALL ISSUE FORTHWITH.

---

* The Honorable Myron H. Bright, Senior United States Circuit Judge for the Eighth Circuit, sitting by designation.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.